■ SCHAUB EQUIPMENT RENTAL, INC., Respondent, v ROBERT

MARZEC et al., Appellants. (Appeal No. 2.)—Appeal unanimously dismissed without costs *(see, Hughes v Nussbaumer, Clarke & Velzy,* 140 AD2d 988). (Appeal from Order of Supreme Court, Erie County, Mintz, J.—Summary Judgment.) Present—Denman, P. J., Boomer, Balio, Lawton and Fallon, JJ.